

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-047-CV

METWEST, INC. D/B/A QUEST                                      APPELLANT
DIAGNOSTICS INCORPORATED

V.

MIGUEL RODRIGUEZ, JR., MIGUEL                                  APPELLEES
RODRIGUEZ, AND LUCY RODRIGUEZ

----------

## FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant Metwest Inc. d/b/a Quest Diagnostic Incorporated's Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  October 2, 2008